IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA DUCES TECUM DATED JULY 30, 2013 | Case No. 7:13-MC-3 (HL) |

### ORDER

The Colquitt County Department of Family and Children Services has filed a Motion to Quash Subpoena (Doc. 1). Counsel for the Government has verbally requested from the Court's Calendar Clerk an opportunity to file a response to the motion. The request is granted, and the Government's response will be due by September 20, 2013. A hearing will be held by telephone on Tuesday, September 24, 2013 at 9:30 a.m.

**SO ORDERED**, this the 10th day of September, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr